**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MARIO A. SIMS                                                           PLAINTIFF
ADC #133196

V.                                    NO: 5:14CV00405 PSH

EDWARD ADAMS *et al*                                          DEFENDANTS

### <u>JUDGMENT</u>

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE